**ENDORSED**

# HOFFINGER STERN & ROSS, LLP
150 EAST 58TH STREET
NEW YORK, NEW YORK 10155

JACK S. HOFFINGER
STEPHEN R. STERN, P.C.
PHILIP S. ROSS
FRAN HOFFINGER
SUSAN HOFFINGER

(212) 421-4000
TELECOPIER: (212) 223-3857
TELECOPIER: (212) 750-1259

JASON P. WEINSTEIN

**RECEIVED JAN 05 2012 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE**

January 5, 2012

By Facsimile
Hon. Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

1/6/12

Re:  Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Trust, et al.
     Beilush et ano v. Kochav S.A.R.L. et ano, formerly No. 11 CV 8232 (VM) (KNF)
     Case No. 11 CV 07707 (VM) (KNF)

Dear Magistrate Judge Fox:

As the Court is fully aware, this office represents defendants YLL Irrevocable Trust ("YLL"), Meridian Trust Company as trustee of YLL ("Meridian") and Kochav S.A.R.L. ("Kochav") in the first action and Kochav in the second action. The actions were consolidated for pretrial purposes.

We write to respectfully request an extension for said defendants to answer/move with respect to the respective complaints, to and including January 19, 2012. We previously requested, and the Court granted, our request for an extension of time to answer to and including January 5, 2012. As the Court may be aware (as a result of an email which Mr. Lipsius attached to a letter to the Court of yesterday's date with respect to a subpoena), counsel have been working on an agreement to arbitrate disputes before another forum. We believe it would be most fruitful for the parties to address that potential method of resolution. While counsel have made substantial progress on negotiating an agreement with respect to that method of resolution, we have requested plaintiff's counsel to agree in the interim to a two-week extension to file answers, should it become necessary to do so. We have not received a response. I spoke with Phillip Manela, Esq. of Mr. Lipsius' office late this afternoon as a follow up on the request, but he advised he needed to consult with Mr. Lipsius, who was occupied in a deposition. I advised Mr. Manela I would write to the Court with the request.

Accordingly, under the circumstances, we respectfully request an extension of time for said defendants to answer the respective complaints to and including January 19, 2012.

Thank you for Your Honor's consideration of the foregoing.

Respectfully yours,

Mark W. Geisler

1/5/12
*Application denied. On or before January 12, 2012 the defendants shall answer or move with respect to the respective complaints.*

SO ORDERED:
KEVIN NATHANIEL FOX, U.S.M.J.

HOFFINGER STERN & ROSS, LLP

Hon. Kevin N. Fox
January 5, 2012
Page Two

MWG:ll
cc:  Ira Lipsius, Esq./ Phillip M. Manela, Esq. (by fax)
     John D. Demmy, Esq. (by fax)

JAN-05-2012 Case 1:11-cv-07703-JSM-KNF Document 50 Filed 01/06/12 Page 2 of 2