# EXHIBIT A

| From: | efile@courts.state.ny.us |
|---|---|
| Sent: | Friday, April 13, 2012 11:27 AM |
| To: | Mark Geisler |
| Subject: | NYSCEF  County: Rockland Assign Judge  (Thomas Walsh)RJI -RE: ORDER TO SHOW CAUSE, 031899/2012, YLL Irrevocable Trust et al - v. - Shlomo Z Kaufman et al |

### Document Update

On 04/13/2012 at 11:26:37 AM, the following item:

### Assign Judge

was completed.

| Case/Claim number | 031899/2012 |
|---|---|
| Caption | YLL Irrevocable Trust et al - v. - Shlomo Z Kaufman et al |
| Judge Assigned | Thomas Walsh |
| Date Received | 04/12/2012 |
| Filer | MARK GEISLER (mgeisler@hsrlaw.com) |
| Comments | |
| Routing Comments | |

You may view the document by clicking the hyperlink below:

| Document number | 8 |
|---|---|
| Document type | RJI -RE: ORDER TO SHOW CAUSE |
| Description | |
| Special Instructions | |

https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=kvTzL4tMA5evafRtmACPLQ==&system=prod

If the document does not display after clicking the hyperlink, cut and paste the entire hyperlink into your browser.

THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND FOR THE PURPOSES OF THE ELECTRONIC FILING SYSTEM. IF YOU ARE NEITHER THE INTENDED

RECIPIENT NOR A PERSON DESIGNATED TO RECEIVE MESSAGES ON BEHALF OF THE
INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER IMMEDIATELY. THANK YOU.

2