UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOLEL BETH YECHIEL MECHIL OF TARTIKOV, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>YLL IRREVOCABLE TRUST, MERIDIAN TRUST COMPANY, as Trustee of YLL Irrevocable Trust, and KOCHAV S.A.R.L., a LUXEMBOURG S.A.R.L.,<br><br>Defendants. | Civil Action No.: |

**DECLARATION OF IRA S. LIPSIUS IN SUPPORT OF KOLEL'S MOTION FOR AN ORDER CONFIRMING THE "DECISION, RULING AND AWARD"
<u>OF THE ARBITRATION PANEL</u>**

1. I am a partner in the law firm of Lipsius-Benhaim Law, LLP, counsel for Plaintiff Kolel Beth Yechiel Mechil of Tartikov, Inc. ("Kolel") in this action. I submit this declaration in support of Kolel's Motion for an Order Confirming the "Decision, Ruling and Award" of the Arbitration Panel.

2. Attached hereto as Exhibit A is a true and correct copy of the Agreement, dated January 12, 2012, between Petitioner Kolel and Respondents YLL Irrevocable Trust ("YLL"), Meridian Trust Company ("Meridian"), and Kochav S.A.R.L. ("Kochav").

3. Attached hereto as Exhibit B is a true and correct copy of the "Contract of Arbitration", signed in early February 2012, by Kolel, YLL, Meridian, and Kochav.

4. Attached hereto as Exhibit C is a true and correct copy of the "Decision, Ruling and Award" of the Rabbinical Court, dated January 2, 2014.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2014
       Kew Gardens, New York

                                                                     Ira S. Lipsius